No. 152. DISTRICT OF COLUMBIA *v.* RADIO CORPORATION OF AMERICA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray, George C. Updegraff*

846

and *Henry E. Wixon* for petitioner. *Robert G. Zeller* and *John A. Gilmore* for respondent.

